# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 28, 2023

### NO. 03-22-00011-CV

**$1,411.26 US Currency, et al, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on November 19, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.